UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>    v.<br><br>TELSA MOTORS, et al.,<br><br>    Defendants. | Case No. 16-cv-00797-LB<br><br>**ORDER DIRECTING PROVISION OF THE DEFENDANTS' SERVICE ADDRESSES** |

    Mr. Whitsitt filed a complaint against the defendants on February 17, 2016. (Complaint, ECF No. 1.) He also filed an application to proceed *in forma pauperis*. (Motion for IFP, ECF No. 3.) The court granted the motion, directed the Marshals to serve the defendants, and ordered Mr. Whitsitt to "provide the service address to the court within seven days." (Order Granting IFP, ECF No. 6.) Mr. Whitsitt has not yet provided a service address and, consequently, the Marshals have not yet filed proof of service on any of the defendants. (*See generally* Docket.)

    The court accordingly orders Mr. Whitsitt to file the service address for each of the defendants named in his complaint by no later than June 13, 2016. Failure to do so could result in dismissal of the case without prejudice for failure to prosecute under Federal Rule of Civil Procedure 4(m).

    **IT IS SO ORDERED.**

    Dated: June 3, 2016

                                                          LAUREL BEELER<br>                                                          United States Magistrate Judge

ORDER (No. 16-cv-00797-LB)