UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA MOTORS, et al.,<br><br>    Defendants. | Case No. 3:16-cv-00797-LB<br><br>**ORDER** |

The court finds that the plaintiff has shown good cause in his filing at ECF No. 14 for his failure to provide the addresses for the defendants; the court thus discharges the order to show cause at ECF No. 13.[1] The court grants the plaintiff's motion to amend the complaint to correct errors in the defendants' names, which means that the named defendants are as follows: 1) Tesla Motors, Inc., 2) M.B. Tesla Motors, Inc., 3) West Valley Staffing Group, and 4) 25 unnamed defendants.[2] The court directs the Clerk to amend the defendants' names on the docket sheet.

The remaining issue is the service address for the defendants. The plaintiff must provide that address within 21 days. As the court explained before, the U.S. Marshal cannot serve the

---

[1] Citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

[2] ECF No. 14 at 1.

ORDER (No. 3:16-cv-00797-LB)

1 complaint without the addresses, and if there is no service, the case cannot go forward.[3]

2 The court will serve a copy of this order by mail to Mr. Whitsitt's address and send a courtesy copy to the email that is reflected on the docket sheet. The court reminds Mr. Whitsitt that the court has a help desk for people who are representing himself and attaches another copy of the Help Center's flyer. The court previously sent Mr. Whitsitt a copy of the flyer and the district court's *Handbook for Litigants Without a Lawyer.*[4]

To avoid losing track of the case, the court resets the initial case-management conference for October 13, 2016, at 11 a.m.

**IT IS SO ORDERED.**

Dated: July 21, 2016

LAUREL BEELER
United States Magistrate Judge

---

[3] *See* ECF No. 13.
[4] *See* ECF No. 5.