IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | Case No.  16-cv-00797-MMC |
| Plaintiff, | |
| v. | **ORDER DIRECTING PARTIES TO SUBMIT SINGLE-SIDED CHAMBERS COPIES OF DOCUMENTS** |
| WEST VALLEY STAFFING GROUP, et al., | |
| Defendants. | |

On September 26, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, the Court hereby DIRECTS the parties as follows: (1) plaintiff shall submit a chambers copy of the Complaint, filed February 17, 2016; and (2) defendant West Valley Staffing Group shall submit a chambers copy of the Answer, filed September 6, 2016.

The parties are advised that chambers copies of the above-referenced documents and chambers copies of all future documents filed with the Court shall be submitted in single-sided format.  See Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

**IT IS SO ORDERED.**

Dated: September 30, 2016

_Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge