1
2
3
4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>            Plaintiff,<br><br>      v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>            Defendants. | Case No.  16-cv-00797-MMC<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

By order filed September 30, 2016, the Court directed plaintiff to submit forthwith a chambers copy of his complaint, manually filed February 17, 2016, to facilitate the Court's review of the case.  Plaintiff has not complied with the Court's order.[1]  Plaintiff is hereby again DIRECTED to submit forthwith a chambers copy of his complaint.

Parties are expected to comply with court orders without repeated reminders. Accordingly, plaintiff is hereby advised that the Court will impose sanctions for further failures to comply, including, but not limited to, striking from the record any further manually filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 14, 2016

MAXINE M. CHESNEY
United States District Judge

_____

[1] The Court's order of September 30, 2016, also directed defendant West Valley Staffing Group to submit a chambers copy of its answer, which said defendant promptly did.

United States District Court
Northern District of California