IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM J. WHITSITT,<br><br>Plaintiff,<br><br>v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>Defendants. | Case No. 16-cv-00797-MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT TESLA MOTORS, INC.'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 49 |
|---|---|

Before the Court is plaintiff's motion, filed October 24, 2016, by which plaintiff seeks a thirty-day extension of the deadline to file his opposition to defendant Tesla Motors, Inc.'s ("Tesla") motion to dismiss. On October 24, 2016, Tesla filed opposition to plaintiff's motion. Having read and considered the papers filed in support and in opposition to the motion, the Court rules as follows.

Plaintiff seeks the above-referenced extension in light of what he describes as the "complex" nature of Tesla's motion to dismiss. (See Mot., filed Oct. 24, 2016, at 1:26-27.) Given the length of plaintiff's complaint, as well as the number of issues raised in Tesla's motion to dismiss, and no apparent prejudice to Tesla resulting from the extension, the Court finds it appropriate to afford plaintiff the relief requested.

Accordingly, plaintiff's motion is hereby GRANTED as follows:

1. No later than November 21, 2016, plaintiff shall file and serve his opposition to Tesla's motion to dismiss.

2. No later than December 2, 2016, Tesla shall file and serve any reply.

3. The hearing on Tesla's motion to dismiss is hereby CONTINUED to

1  December 16, 2016.

3  **IT IS SO ORDERED.**

5  Dated: October 27, 2016

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California

2