IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>    Defendants. | Case No. 16-cv-00797-MMC<br><br>**ORDER STRIKING PLAINTIFF'S OPPOSITION; DIRECTING PLAINTIFF TO REFILE OPPOSITION IN COMPLIANCE WITH CIVIL LOCAL RULES; CONTINUING HEARING** |

    Before the Court is plaintiff's "Opposition to Defendant Tesla Motors Motion to Dismiss and Objection to Defendants Vexatious Litigant Label," filed November 22, 2016. The opposition, however, fails to comply with the Civil Local Rules of this District.

    First, the opposition is 34 pages in length, exceeding the allowed page limit. See Civil L.R. 7-3(b) (providing brief or memorandum in support of opposition to motion "may not exceed 25 pages of text"). Second, the entirety of the opposition is essentially single-spaced, such that the text appears on more than 28 lines per page. See Civil L.R. 3-4(c)(2) (providing text of any paper presented for filing "must be double-spaced with no more than 28 lines per page, except for . . . footnotes and quotations"). Third, portions of the opposition appear to be written in a font that is smaller than 12-point type. See id. (providing text of any paper presented for filing, including "text of footnotes and quotations" may not be less than "12-point type in the Courier font or equivalent").

    Accordingly, the above-referenced document is hereby STRICKEN. In the interests of justice, the Court will afford plaintiff an opportunity to file, no later than December 9, 2016, an opposition in compliance with the Civil Local Rules.

    In light of the above, the Court hereby extends to December 16, 2016, the

1  deadline for defendant Tesla Motors, Inc. to file its reply, and continues the hearing on
2  the motion to dismiss to January 13, 2017, at 9:00 a.m, Courtroom 7, 19th Floor, United
3  States District Court, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 23, 2016



MAXINE M. CHESNEY
United States District Judge