IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-00797-MMC<br><br>**SECOND ORDER DIRECTING DEFENDANT TESLA MOTORS, INC. TO SUBMIT CHAMBERS COPY OF REPLY**<br><br>Re: Dkt. Nos. 55, 56 |

By order filed December 22, 2016, the Court directed defendant Tesla Motors, Inc. ("Tesla") to submit forthwith a chambers copy of its "Reply in Support of Motion to Dismiss," filed December 16, 2016.  Tesla has not complied with the Court's order.  Tesla is hereby again DIRECTED to submit forthwith a chambers copy of said document.

Parties are expected to comply with court orders without repeated reminders. Accordingly, Tesla is hereby advised that the Court will impose sanctions for further failures to comply, including, but not limited to, striking from the record any further manually filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: January 6, 2017

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge