IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-00797-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT TESLA MOTORS, INC.'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(3), 12(B)(6), AND 41(B)** |

　　Before the Court is defendant Tesla Motors, Inc.'s ("Tesla") "Motion to Dismiss Pursuant to FRCP 12(b)(3), 12(b)(6), and 41(b)," filed September 21, 2016.  Plaintiff William J. Whitsitt has filed opposition, to which Tesla has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for January 13, 2017.

　　**IT IS SO ORDERED.**

Dated: January 6, 2017

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge