IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>    Defendants. | Case No. 16-cv-00797-MMC<br><br>**RELATED CASE ORDER** |

A Sua Sponte Judicial Referral for Purpose of Determining Relationship of Cases has been filed, requesting the undersigned determine whether the following cases are related within the meaning of Civil L.R. 3-12(a):

    C  16-0797 MMC    William J. Whitsitt v. West Valley Staffing Group, et al.

    C  16-7234 JSC     William J. Whitsitt v. West Valley Staffing Group, et al.

The time for filing a statement to support or oppose the Referral has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

        [ ] ARE NOT RELATED as defined by Civil L.R. 3-12(a).

        [ X ] ARE RELATED as defined by Civil L.R. 3-12(a). Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. The parties are instructed that all future filings in the later-filed action are to bear the initials MMC immediately after the case number. All matters presently scheduled for hearing in the reassigned case are vacated and must be renoticed for

hearing before the undersigned.

**IT IS SO ORDERED.**

Dated: January 18, 2017

MAXINE M. CHESNEY
United States District Judge

2