IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>            Plaintiff,<br><br>      v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>            Defendants. | Case No.  16-cv-00797-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motion to dismiss, the Initial Case Management Conference previously scheduled for February 17, 2017, is hereby CONTINUED to March 10, 2017, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than March 3, 2017.

**IT IS SO ORDERED.**

Dated: February 7, 2017

MAXINE M. CHESNEY
United States District Judge