IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>    Defendants. | Case No. 16-cv-00797-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On March 10, 2017, plaintiff William J. Whitsitt failed to appear as ordered at a regularly scheduled case management conference in the above-titled action and, additionally, failed to file a joint case management statement as ordered.[1]

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE in writing, no later than March 24, 2017, why the action should not be dismissed, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 10, 2017

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] Counsel for defendants appeared at the case management conference, and defendant West Valley Staffing Group filed a case management statement.