IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>   v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>    Defendants. | Case No. 16-cv-00797-MMC<br><br>**ORDER OF DISMISSAL** |

By order filed March 10, 2017, the Court directed plaintiff William J. Whitsitt to show cause, in writing and no later than March 24, 2017, why the above-titled action should not be dismissed, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to appear as ordered at a regularly scheduled case management conference and failure to file a joint case management statement as ordered.  Plaintiff has not filed any response to the Court's order to show cause.

Accordingly, the above-titled action is hereby DISMISSED for failure to prosecute, pursuant to Rule 41(b).

**IT IS SO ORDERED.**

Dated: March 29, 2017

*(signature)*
MAXINE M. CHESNEY
United States District Judge