IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-00797-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On May 5, 2017, plaintiff William J. Whitsitt failed, for the second time, to appear as ordered at a regularly scheduled case management conference and to file a joint case management statement as ordered.[1]

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and under penalty of perjury, no later than May 22, 2017, why sanctions should not be imposed, including dismissal of the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Defendants' response, if any, shall be filed no later than ten days after any such filing by plaintiff.

**IT IS SO ORDERED.**

Dated: May 8, 2017

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Counsel for defendants appeared at the case management conference and filed a joint case management statement.