IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>    Defendants. | Case No. 16-cv-00797-MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT TESLA MOTORS, INC.'S MOTION TO RECONSIDER ORDER GRANTING REINSTATEMENT OF CASES**<br><br>Re: Dkt. No. 78 |

By order filed concurrently herewith, the Court has found plaintiff's application to proceed in forma pauperis in the above-titled action is insufficient and has directed plaintiff, should he wish to proceed with the instant action, to either pay the filing fee to the Clerk of the Court by June 9, 2017, or file by that date a new application to proceed in forma pauperis. In light thereof, the Court hereby CONTINUES the hearing on defendant Tesla Motors, Inc.'s "Motion to Reconsider Order Granting Reinstatement of Cases," from June 2, 2017, to June 30, 2017.

**IT IS SO ORDERED.**

Dated: May 26, 2017

MAXINE M. CHESNEY
United States District Judge